AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    26-cv-00031-JFJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Cemen Tech, Inc.
was received by me on *(date)*  January 22nd 2026  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Shawnice Cameron (employee of Christopher Sackett) ,who is
designated by law to accept service of process on behalf of *(name of organization)* Cemen Tech, Inc.
_____ on *(date)*  01/22/2026  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/26/2026 _____

/s/ Charlie Baker
_____
*Server's signature*

Charlie Baker - Process Server
_____
*Printed name and title*

430 E. Mckinley Ave. #35008, Des Moines Iowa 50315
_____
*Server's address*

Additional information regarding attempted service, etc: